UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 319-34247-TMB13
KAREN J GLADYSCHILD )
) LIST OF NAMES AND POST
) OFFICE ADDRESSES FOR
) UNCLAIMED FUNDS
Debtor(s) )

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed, except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days has passed since issuance.

3. I verify that the address used for mailing to each entity matches the most recent address in the case record for that entity, and I made all other reasonable attempts to deliver each check.

4. A payment for the total of all such unclaimed funds listed below in the amount of $4,198.50 is made to the Clerk of the U.S. Bankruptcy Court in conjunction with the filing of this list.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| CLAIM NO. | NAME/ADDRESS | DIVIDEND |
|---|---|---|
| DEBTOR | KAREN GLADYSCHILD<br>PO BOX 12412<br>PORTLAND OR 97212-0412 | $4,198.50 |

TOTAL: $4,198.50

DATE: <u>November 30, 2020</u>

Wayne Godare
Trustee

390 (2/2/2018)